Waiver of Indictment

## UNITED STATES DISTRICT COURT

## FOR THE

## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 19-74 |
| MATTHEW DeGIROLAMO : | |

Matthew DeGirolamo, the above named defendant, who is accused of 21 U.S.C. § 856 (maintaining a drug-involved premises – 1 count), and 21 U.S.C. § 846 (conspiracy to distribute a controlled substance – 1 count), being advised of the nature of the charges and his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
MATTHEW DeGIROLAMO, Defendant

_____
WITNESS, JASON P. BOLOGNA

2/5/19
Date

_____
JEFFREY AZZARANO, Counsel